BUFFINGTON *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 9, October Term, 1952.]

*Decided November 11, 1952.*

Before MARKELL, C. J., and DELAPLAINE, COLLINS and HENDERSON, JJ.

MARKELL, C. J., delivered the opinion of the Court.

This is an application for leave to appeal from denial of a writ of *habeas corpus*. Petitioner is imprisoned under sentence for three years on conviction of larceny. Petitioner expresses a desire to offer evidence of an alibi and other proof of his innocence. Apparently he was represented at the trial by counsel of his own selection. *Habeas corpus* cannot be made to serve the purpose of an appeal or a new trial of the question of guilt or innocence.

*Application denied, with costs.*